UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARTIN JONASSEN.,

                          Plaintiff,

          -against-

UNITED STATES, ET AL.,

                          Defendants.

25 CIVIL 5257 (GBD)

## JUDGMENT

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Bar Order dated May 18, 2026, Plaintiff is barred under § 1915(g) from bringing an action IFP while a prisoner and he has not alleged facts showing that he should be permitted to proceed IFP in this action under the imminent danger exception. The Court therefore denies Plaintiff's request to proceed IFP and dismisses the complaint without prejudice under the PLRA's "three- strikes" rule.5 See 28 U.S.C. §1915(g). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, the case is closed.

**Dated:**   New York, New York
            May 18, 2026

                                        **TAMMI M. HELLWIG**
                                        _____
                                        **Clerk of Court**

                          **BY:**

                                        _____
                                        **Deputy Clerk**